# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER SWEDA et al.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **THE UNIVERSITY OF** | : | NO. 16-4329 |
| **PENNSYLVANIA and JACK HEUER,** | : | |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 21st day of September, 2017, upon consideration Defendants' Motion to Dismiss for Failure to State a Claim (Doc. No. 33), responses thereto, oral argument, and supplemental briefing, it is **hereby ORDERED** that the Motion (Doc. No. 33) is GRANTED. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

                                                      BY THE COURT:

                                                     S/Gene E.K. Pratter
                                                     GENE E.K. PRATTER
                                                     United States District Judge