UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JENNIFER SWEDA, BENJAMIN A WIGGINS, ROBERT L. YOUNG, FAITH PICKERING, PUSHKAR SOHONI, AND REBECCA N. TONER, individually and as representatives of a class of participants and beneficiaries on behalf of the University of Pennsylvania Matching plan,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNIVERSITY OF PENNSYLVANIA, INVESTMENT COMMITTEE, AND JACK HEUER,<br><br>*Defendants.* | No. 2:16-cv-04329-GEKP |

## NOTICE OF APPEARANCE

Please enter my appearance as an attorney for Defendant The University of Pennsylvania, Investment Committee, and Jack Heuer in the above-captioned action.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

  /s/ Keri L. Engelman
Keri L. Engelman, Bar No. 311906
One Federal Street
Boston, Massachusetts 02110
Tel:      617.341.7828
Fax: 617.341.7701
keri.engelman@morganlewis.com
*Attorney for Defendants*

Dated: October 23, 2019

## CERTIFICATE OF SERVICE

I, Keri L. Engelman, hereby certify that on this 23rd day of October, 2019, a true and correct copy of a Notice of Appearance was served upon Plaintiffs by electronic filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and is available for viewing and downloading from the ECF system.

*/s/ Keri L. Engelman*
Keri L. Engelman